the fact that the Defendant had no previous criminal record, the Defendant was a law abiding citizen and only 36 years of age at the time of the crime, and 100 years is not justified to rehabilitate him.

We wish to thank Mr. Leonard Haxby, Attorney at Law, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman, Joseph Gary, Mark Sullivan

From: The District Court of the Third Judicial District, County of Granite. STATE OF MONTANA, Plaintiff, vs. DONALD RAY SAGE, Defendant.

## DECISION

No. 780

The application of the above-named defendant for a review of the sentence of 40 years   5 years for weapon; consecutive imposed on March 23, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

This Board feels that the sentence imposed was in line with other crimes of the same nature.

We wish to thank Chuck Peterson, of the Montana Defender Project, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Third Judicial District, County of Powell. STATE OF MONTANA, Plaintiff, vs. MARY AILEEN AST, Defendant.

## DECISION

No. DC-81-42

The application of the above-named defendant for a review of the sentence of 8 years with 4 years suspended imposed on May 18, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

This Board agrees that the Defendant needs supervision. Considering the fact she gathered all the material together and started out with the intent to carry the plan through and considering the potential of what could have happened, the

4

Board feels the sentence was justified.

We wish to thank Mr. Dan Sweeney, Attorney at Law, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Third Judicial District, County of Powell. STATE OF MONTANA, Plaintiff, vs. KIP H. LANDE, Defendant.

DECISION

No. 2247

The application of the above-named defendant for a review of the sentence of 50 yrs-Aggravated Kidnapping; 5 yrs-Escape; 20 yrs-Aggravated Assault; 10 yrs-Robbery; All Concurrent imposed on April 1, 1977, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall be amended to 20 years for Aggravated Kidnapping; 5 years for Escape; 20 years for Aggravated Assault; and 10 years for Robbery. All sentences shall run concurrent and shall also be served concurrent to the sentence the Defendant is serving for felony theft.

This Board carefully considered the statute that existed at the time of the sentencing as well as the fact the Defendant was not designated as a persistent felony offender. Also the fact the Defendant is very young and has a possibility for rehabilitation shall justify the amended sentence.

We wish to thank Mr. Dan Sweeney, Attorney at Law, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

SENTENCE REVIEW DIVISION.

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Third Judicial District, County of Powell. STATE OF MONTANA, Plaintiff, vs. CECIL THORNELL, Defendant.

DECISION

No. 2247

The application of the above-named defendant for a review of the sentence of 50 yrs-Aggravated Kidnapping; 5 yrs-Escape; 20 yrs-Aggravated Assault; 10 yrs-Robbery; All Concurrent imposed on April 1, 1977, was fully heard and after a careful